**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

Michael W. Bradford

      Plaintiff,

v.                                                                    Case No.  2:25-cv-02873-BCL-atc

State of Tennessee,

      Defendant.

---

**ORDER DISMISSING COMPLAINT UNDER § 1915**

---

Plaintiff, proceeding *pro se*, filed a complaint against the State of Tennessee under Title 42 United State Code Section 1983. Doc. 2. On June 16, 2026, Magistrate Judge Annie T. Christoff[1] issued a Report and Recommendation that the case should be dismissed for lack of subject matter jurisdiction and failure to state a claim. Doc. 13.  The deadline to file objections has passed and Plaintiff did not file an objection.

A United States District Court Judge may designate a United States Magistrate Judge to submit proposed findings of fact and conclusions of law for disposition of certain motions. 28 U.S.C. § 636(b)(1)(B). The District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," and "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* The district court is not required to review—under a de novo or

---

[1] Pursuant to Administrative Order No. 2013-05, this case was referred to the United States Magistrate Judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate.

any other standard—those aspects of the report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Based upon the lack of any objection, the Court **ADOPTS** the Report and Recommendation (Doc. 13) in full. Accordingly, the Complaint (Doc. 2) is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED**, this 7th day of July, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE